**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:05CV352**

| | |
|---|---|
| **JAMES L. HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **J U D G M E N T** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social** ) | |
| **Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the Commissioner's decision denying Social Security benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: June 21, 2006

Lacy H. Thornburg
United States District Judge